IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF MISSOURI
WESTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | Case No. 15-00127-01-CR-W-GAF |
| ) | |
| ROYCE D. MAPLE, ) | |
| ) | |
| Defendant. ) | |

## ORDER

Now pending before the Court is Defendant Royce D. Maple's Motion to Suppress Evidence Seized During Unlawful Inventory Search and Defendant's Statement as Fruit of the Poisonous Tree (doc. 15).

On October 4, 2016, United States Magistrate Judge John T. Maughmer conducted an evidentiary hearing and on December 14, 2016, Judge Maughmer issued his Report and Recommendation (doc. 34).

Upon careful and independent review of the pending motion, as well as the applicable law, this Court hereby adopts and incorporates as its own Opinion and Order the Report and Recommendation of United States Magistrate Judge John T. Maughmer.

Accordingly, it is

ORDERED that Defendant Royce D. Maple's Motion to Suppress Evidence Seized During Unlawful Inventory Search and Defendant's Statement as Fruit of the Poisonous Tree (doc. 15) is GRANTED.

s/ Gary A. Fenner
GARY A. FENNER, JUDGE
UNITED STATES DISTRICT COURT

DATED: January 9, 2017